IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:01-CR-88-6**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSHUA KAREEM OLIPHANT | ) | |
| | ) | |

    **THIS MATTER IS BEFORE THE COURT** on Defendant's Letter Motion to Correct Sentence [doc. 125] filed on November 4, 2008.

    In accordance with the Court's original intent, the motion to correct sentence is **GRANTED.** Defendant's Judgment is to be amended indicating that Counts 1 and 3 are to run **concurrently** with the sentencing for Mecklenburg County Docket numbers 01CRS14466, 01CRS14467, 01CRS14468, and 01CRS 14469. Defendant's remaining count 4 is a mandatory consecutive sentence.

    However, this Court does not have the authority to calculate defendant's running time for the BOP and therefore **the request that we provide a discharge date is denied**.

    **IT IS ORDERED** that a new J&C be prepared to reflect that the defendant's federal sentencing for Counts 1 and 3 are to run concurrently with each other and with the state sentencing.

    **IT IS SO ORDERED.**       Signed: November 5, 2008

Graham C. Mullen
United States District Judge