IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:01-CR-88-6**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| JOSHUA KAREEM OLIPHANT | ) |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Clarification has been requested regarding the Amended Judgment entered in this Court on November 19, 2009 [see doc. 127]. Therefore, the Defendant's Judgment is to be amended once again to indicate that the entire federal sentence is to run concurrent with the state sentence imposed.

**IT IS ORDERED** that a new J&C be prepared to reflect that the defendant's entire federal sentence is to run concurrently with the state sentence.

**IT IS SO ORDERED.**

Signed: January 14, 2009

Graham C. Mullen
United States District Judge